# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: SP Plus LLC v. Davis Diniz

Case Number: 25-cv-02563

An appearance is hereby filed by the undersigned as attorney for:
SP Plus LLC

Attorney name (type or print): Timothy D. Elliott

Firm: Rathje Woodward LLC

Street address: 300 E. Roosevelt Road, Suite 220

City/State/Zip: Wheaton, IL 60187

Bar ID Number: 6237023
(See item 3 in instructions)

Telephone Number: (630) 668-8500

Email Address: telliott@rathjelaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 11, 2025

Attorney signature: S/ Timothy D. Elliott
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023