# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SP PLUS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVIS DINIZ, <br><br> Defendant. | Case No. 25-cv-02563 |

## [PROPOSED] ORDER

The Motion of Plaintiff SP Plus LLC ("SP Plus") for Expedited Discovery, a Preservation Order, and a Protective Order (the "Motion") is Granted.

IT IS HEREBY ORDERED THAT, SP Plus is given leave to propound Expedited Discovery (attached to the Motion as Exhibits B and C) on Defendant Davis Diniz ("Diniz"). Defendant Diniz shall respond to the written discovery within fourteen (14) days of the service of said discovery.

IT IS FURTHER ORDERED THAT, pursuant to a forensic protocol to be negotiated by the Parties, Diniz shall submit for forensic examination, by a forensic neutral to be agreed upon by the parties, all online accounts (*e.g.*, Gmail), computers, smartphones, hard drives, and external storage devices such as thumb or flash drives, in Diniz's possession, custody, or control, that are being, or have been used, in connection with his work for or on behalf of SP Plus, Five Diamond Parking LLC, and/or USA Transportation, within fourteen (14) days of service of Plaintiff's Expedited Document Requests.

IT IS FURTHER ORDERED THAT, during the pendency of this litigation, Diniz shall

**Exhibit D**

preserve all relevant and potentially relevant electronically-stored information to ensure the retention of Diniz's discoverable electronic information. In connection therewith, Diniz shall (i) maintain back-up procedures designed to back up all devices potentially containing discoverable electronic information; (ii) suspend the routine or automatic deletion of discoverable electronic information, including the automatic deletion of electronic mail or removal of unused electronic data and files; (iii) secure the hard drives (or mirror image back-ups of such hard drives) of all computers and other electronic devices potentially containing discoverable electronic information that are not backed up in the ordinary course; and (iv) secure and refrain from making any alterations whatsoever to all potentially relevant emails that Diniz sent or received, along with all posts, comments, messages, and any other form of correspondence or information exchanged, shared, or uploaded on any platform or account over which Diniz or Diniz's agents exercise control, including – but not limited to – Google Drive, Facebook accounts, X accounts, and all other Internet-based services.

    IT IS FURTHER ORDERED THAT the proposed Protective Order attached as Exhibit A to the Motion shall be entered.

_____
Hon. Thomas M. Durkin

**Exhibit D**