UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SP PLUS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DAVIS DINIZ, <br><br> Defendant. | Case No. 25-cv-02563 |

**UPDATED JOINT STATUS REPORT**

Plaintiff SP Plus LLC and Defendant Davis Diniz (together, the "Parties"), by and through their undersigned counsel, hereby submit the following Updated Joint Status Report pursuant to the Court's Minute Order of May 22, 2025 (Dkt. No. 33).

Since the Parties attended the last status hearing on July 15, 2025, the Parties report that discovery is underway. Both Parties are preparing to respond to written discovery requests, and to produce documents. The forensic review and remediation process is also in progress. At this time, there are no pending discovery motions.

Dated: July 31, 2025

Respectfully submitted,

SP PLUS LLC,

By its attorneys,

*/s/ Stephen D. Riden*
Stephen D. Riden, MA BBO No. 644451
*Admitted Pro Hac Vice*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Phone: (617) 500-8660
*sriden@beckreed.com*

1

2

Timothy D. Elliott
RATHJE WOODWARD LLC
300 E. Roosevelt Road, Suite 220
Wheaton, Illinois 60187
Phone: (630) 510-4910
*telliott@rathjelaw.com*


DAVIS DINIZ,

By his attorneys,

*/s/ Gina Cadogan*
Abhishek Ramaswami
Cadogan Law
1200 S. Pine Island Rd., Ste 370
Plantation, FL 33324
Phone: (845) 706-9300
*ab@cadoganlaw.com*

Gina Cadogan
*Admitted Pro Hac Vice*
Cadogan Law
1200 S. Pine Island Road, Ste. 370
Plantation, FL 33324
Phone: (954) 606-5891
*gina@cadoganlaw.com*

**CERTIFICATE OF SERVICE**

      I, Stephen D. Riden, an attorney admitted *pro hac vice*, hereby certify that on July 31, 2025, I caused a copy of the foregoing Updated Joint Status Report to be filed with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                          */s/ Stephen D. Riden*
                                          Stephen D. Riden