**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

SP Plus LLC
                Plaintiff,

v.
                                            Case No.: 1:25−cv−02563
                                            Honorable Thomas M. Durkin

Davis Diniz
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling:Telephonic status hearing set for 9/30/2025 is stricken and reset for 10/7/2025 at 9:30 a.m. CT. The call in information is 855−244−8681, and the participant access code is 2315 0911 461#. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.